UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICKY L. WILLIAMS, | ) | NO. CV 10-06640 VBF (SS) |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING FINDINGS,** |
| | ) | |
| v. | ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| | ) | |
| DR. YOUNG, ET AL., | ) | **UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

///

///

///

///

///

1   **IT IS ORDERED** that Judgment shall be entered dismissing this action
2   with prejudice.
3
4   **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5   the Judgment herein on Plaintiff at his current address of record.
6
7   **LET JUDGMENT BE ENTERED ACCORDINGLY.**
8
9   DATED: January 4, 2011
10                                      _____
                                        VALERIE BAKER FAIRBANK
11                                      UNITED STATES DISTRICT JUDGE