1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                            **CENTRAL DISTRICT OF CALIFORNIA**

10

11    RICKY L. WILLIAMS,                    ) NO. CV 10-06640 VBF (SS)
                                            )
12                    Plaintiff,            )
                                            )
13            v.                            )              **JUDGMENT**
                                            )
14    DR. YOUNG, ET AL.,                    )
                                            )
15                    Defendants.           )
      _____)

16

17

18        Pursuant to the Court's Order Adopting Findings, Conclusions and

19    Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22    with prejudice.

23

24        DATED: January 4, 2011

25                                          _____

26                                          VALERIE BAKER FAIRBANK
                                            UNITED STATES DISTRICT JUDGE

27

28